```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :      CRIMINAL ACTION
                               :
        v.                     :
                               :
TANJANIA POWELL-AVERY          :
                               :      NO. 10-359-03
                               :
                            ORDER
```

AND NOW, this 27th day of October, 2010, upon consideration of the defendant's motion to continue the sentencing (docket no. 49), and the Government having stated that it does not oppose the motion, it is hereby ORDERED that:

  1.  The defendant's motion is GRANTED; and

  2.  The defendant's sentencing is CONTINUED until January 21, 2011 at 11:00 a.m. in courtroom 15-B.


                              BY THE COURT:


                              S/Stewart Dalzell
                              Stewart Dalzell, J.