IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | : DOCKET NO. 10-359-03 |
| | : |
| TANJANIA POWELL-AVERY | : |

## *ORDER*

AND NOW, this _____ Day of June 2010, upon consideration of the Defendant's Motion for Sentencing Continuance, it is hereby ORDERED and DECREED that the Motion is GRANTED.

By the Court:

_____
Honorable Stewart Dalzell

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| V. : | DOCKET NO. 10-359-03 |
| : | |
| TANJANIA POWELL-AVERY : | |

### MOTION FOR SENTENCING CONTINUANCE

The Defendant, Tanjania Powell-Avery, by and through her attorney, Thomas C. Egan III, Esquire, hereby files this Motion for Trial Continuance and in support thereof avers:

1. The Defendant is scheduled for trial on 1/21/11.

2. The Defendant would like to proceed to sentencing after the co-defendants' sentencings since her testimony might become necessary on behalf of the Government at the sentencing of the co-defendants.

3. The Government has no objection to the continuance request.

3. Consequently, the Defendant requests a continuance of this matter.

WHEREFORE, the Defendant respectfully requests this Honorable Court grant the continuance.

Respectfully Submitted,

Thomas C. Egan III

## *VERIFICATION*

I, Thomas C. Egan III, Esquire, hereby verify that the facts contained within this Motion are true and correct to the best of my information and belief.

Date:  1/19/11                                              _____

## *CERTIFICATE OF SERVICE*

I, Thomas C. Egan III, Esquire, hereby certify that I caused this Motion to be served upon the following persons via ECF.

>Honorable Stewart Dalzell
>United States District Court
>Eastern District of Pennsylvania
>601 Market Street
>Philadelphia, Pa. 19106
>
>Clerk
>United States District Court
>Eastern District of Pennsylvania
>601 Market Street
>Philadelphia, Pa. 19106
>
>Barbara Huber, Esquire
>United States Attorney's Office
>615 Chestnut Street
>12th Floor
>Philadelphia, Pa. 19106

Date: 1/19/11                                    _Thomas C. Egan_