Room No. 15613
Tel. No. 267-299-7399

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**\*\*AMENDED NOTICE\*\*RESCHEDULED FROM JANUARY 21, 2011\*\***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
|  | : | Notice: January 20, 2011 |
| vs. | : |  |
|  | : |  |
| Tanjania Powell-Avery | : | Criminal No. 10-359-03 |
| 18 Country Drive | | |
| Pottstown, PA 19464 | | |

**TAKE NOTICE** that the above-entitled case has been set for **SENTENCING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **WEDNESDAY, MARCH  9,  2011** at **9:30 a.m**. before the Honorable  Stewart Dalzell , in Courtroom  15-B, 15th  floor.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours

NO INTERPRETER REQUIRED

Eileen Adler
Deputy Clerk to Judge Dalzell

Thomas Egan, Esq.
621 Swede Street                              Notice to:    Defendant
Norristown, PA 19401                       (via e-mail)    Defense Counsel
                                                                          Richard Kornylak, AUSA
                                                                          U.S. Marshal
                                                                          Probation Office
                                                                          Pretrial Services
Cr 4 (rev. 8/97)                                                  Larry Bowman