```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA       :       CRIMINAL ACTION
                               :
         v.                    :
                               :
TANJANIA POWELL-AVERY          :
                               :       NO. 10-359-02
                               :

ORDER

AND NOW, this 24th day of January, 2011, upon consideration of defendant's motion to continue the sentencing (docket no. 57), and the Government having stated that it does not oppose the motion, it is hereby ORDERED that:

1. The defendant's motion is GRANTED; and

2. The defendant's sentencing is CONTINUED until March 9, 2011 at 9:30 a.m. in courtroom 15-B.

BY THE COURT:

S/Stewart Dalzell
Stewart Dalzell, J.