IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| TANJANIA POWELL-AVERY | :   CRIM. NO. 10-359-3 |

<u>ORDER</u>

AND NOW, this 26th day of April, 2011, upon consideration of the sentencing this day of co-defendant Joseph Tookes, in which the Government reported that the victim PHH Mortgage has now concluded that it has not suffered a cognizable loss on the subject property at 2509 West Jefferson Street in Philadelphia, and in view of the restitution ordered in Ms. Powell-Avery's March 9, 2011 Judgment that is predicated exclusively on the "loss" on the West Jefferson Street property, it is hereby ORDERED that by May 3, 2011 the Government shall SHOW CAUSE why this Court should not delete that restitution obligation from Ms. Powell-Avery's Judgment.

                                        BY THE COURT:


                                        __\s\Stewart Dalzell