```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :
                                 :
        v.                       :
                                 :
TANJANIA POWELL-AVERY            :     CRIM. NO. 10-359-3
```

ORDER

AND NOW, this 27th day of April, 2011, upon consideration of the Government's response to this Court's Order to Show Cause (docket no. 90), in which the Government agrees "that there is no cause why Powell-Avery's restitution obligation should not be deleted" in view of the new information received yesterday regarding the predicate property underpinning that obligation, it is hereby ORDERED that page 4 of the March 9, 2011 Judgment in this matter is AMENDED to DELETE the restitution obligation identified on that page.

```
                                BY THE COURT:


                                __\s\Stewart Dalzell
```