IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

Vs.

Tanjania Powell-Avery

18 Country Drive

Pottstown, PA 19464

: Notice: March 21, 2014

: Criminal No. 10-359-03

:

FILED
MAR 21 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## MOTION TO TERMINATE PROBATION EARLY

I am formally asking the court to terminate my probation early. I was sentenced to 5years probation, drug testing, 9 months of house arrest with electronic monitoring anklet and fines. I've served 3 years of my sentenced and have not had any violations. At this time, I need to pursue career opportunities that would help me better my life and my family's life. I am so grateful to the Honorable Judge Stewart Dalzell for the motion to release the judgment that I was originally ordered to pay. When I received the notice my being was simply overwhelmed with appreciation and gratitude. I was speechless. I'm on the path to putting my life back together.

Sincerely,

Tanjania Powell-Avery

*[signature]*