IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| TANJANIA POWELL-AVERY | : CRIMINAL NO. 10-359-3 |

ORDER

AND NOW, this 27th day of March, 2014, upon consideration of defendant's pro se motion to terminate probation early (docket no. 114), and the Government having advised that it takes "no position on this motion," and it appearing to the Court that since defendant commenced her probation on March 9, 2011 she has been punctilious in her compliance with all the conditions of her supervision, has remained arrest-free, and has satisfied all of her financial obligations, and has, indeed, in every way been an exemplary probationer, and thus the interests of justice tip heavily in favor of granting her motion, it is hereby ORDERED that:

1. The motion is GRANTED; and

2. Defendant's probation shall TERMINATE, EFFECTIVE IMMEDIATELY.

BY THE COURT:

/s/ Stewart Dalzell, J.
Stewart Dalzell, J.