IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

PENNSYLVANIA

UNITED STATES OF AMERICA

Vs.  : Notice: August 15, 2014

Tanjania Powell-Avery  : Criminal No. 10-359-03

18 Country Drive  :

Pottstown, PA 19464

## MOTION TO RETURN UNITED STATES PASSPORT

I am formally requesting that the Honorable Judge Stewart Dalzell order the United States Clerk to return my passport and mail it to my home at 18 Country Drive Pottstown, PA via certified mail.

Sincerely,

Tanjania Powell-Avery

*[signature]*