IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| TANJANIA POWELL-AVERY | : CRIMINAL NO. 10-359-3 |

ORDER

AND NOW, this 2nd day of September, 2014, upon consideration of defendant's pro se motion to return United States passport (docket no. 116), and in view of this Court's Order of March 27, 2014 granting defendant's motion to terminate probation early, and in the interests of justice, it is hereby ORDERED that:

    1. Defendant's pro se motion is GRANTED; and

    2. The Clerk shall RETURN defendant's passport and mail it to her home via certified mail, returned receipt requested.

BY THE COURT:

/s/ Stewart Dalzell, J.
Stewart Dalzell, J.